IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gregory Gibson,  :
:
    Plaintiff(s),  :
: Case Number: 1:13cv69
vs.  :
: Chief Judge Susan J. Dlott
Commissioner of Social Security,  :
:
    Defendant(s).  :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 18, 2014 a Report and Recommendation (Doc. 21).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 22).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion to supplement the record, or in the alternative, to remand this matter pursuant to Sentence Six of 42 U.S.C. § 405(g) is **DENIED.**

The decision of the Commissioner is **AFFIRMED.**  This matter is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.

                                                                                           s/Susan J. Dlott
                                                                Chief Judge Susan J. Dlott
                                                                United States District Court