IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Gregory Gibson, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv69 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on November 10, 2015 (Doc. 31), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 27, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for an award of attorney fees (Doc. 30) is GRANTED. Plaintiff is awarded a total of $6,385.50 in attorney fees under 42 U.S.C. § 406(b)(1)(A).

IT IS SO ORDERED.

                                                          ___s/Susan J. Dlott_____
                                                          Judge Susan J. Dlott
                                                          United States District Court